**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JONAS SEBASTIAN JÖDICKE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-07106

Judge Manish S. Shah

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 14 | BLU-NEKO*US |
| 79 | DecorLion |
| 81 | BliRiki Store |
| 66 | Albideyaa |
| 38 | gululoan |
| 40 | fartey (clearance sales today deals prime) |
| 41 | MRGIINRI Lightning Deals of Today Prime |
| 42 | TANGNADE Direct |
| 43 | jsaierl discount store |
| 46 | gossip lady fashion |
| 48 | QIGUANDZ Fashion-Delivery 7-14 Days |
| 49 | Pa01.3 |
| 50 | ZCVBOCZ Lightning Deals of Today Prime |
| 52 | Mzkdieey Fashion Online 7-14 Days Delivery |
| 54 | hlysgo Direct |
| 55 | OIFGH Direct |
| 56 | Noa OIRTY |
| 86 | XMBPUM |
| 87 | Busydd |
| 88 | BBMHFW |

| | |
|---|---|
| 89 | Zkuisw |
| 90 | nhApmj |
| 92 | OFLALW Shop Clearance |
| 93 | JASKFLY |

DATED: September 25, 2024                     Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 25, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt